# Court of Appeals
# of the State of Georgia

ATLANTA,  September 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0070. CHRISTOPHER R. MATHIS v. JULIE M. MATHIS.

On July 23, 2025, the superior court entered a final judgment and decree of divorce, granting a divorce to Christopher and Julie Mathis. On August 31, 2025, Christopher filed this application for discretionary appeal, seeking to appeal the superior court's judgment. Julie has filed a motion to dismiss the application on the basis that the application is untimely. We agree.

To be timely, a discretionary application must be filed within 30 days of the entry of the order, decision, or judgment sought to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Despite his failure to file this application in a timely manner, Christopher argues that he filed a timely direct appeal and that because of his pro se status this Court should excuse his confusion about appellate procedures. We are without authority to do so. Under this Court's rules, "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date." Court of Appeals Rule 31 (h). See also OCGA § 5-6-39 (d) (a request for an extension of time "must be made before expiration of the period for filing as originally prescribed[.]" )

For the above reasons, we lack jurisdiction to consider this application. Accordingly, we GRANT the motion to dismiss the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/24/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*